UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KINO CHRISTIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FLINT, *et al.*,<br><br>Defendants. | Case No. 24-cv-12041<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER GRANTING PLAINTIFF'S ORAL MOTION TO COMPEL

During a status conference held on March 4, 2025, Plaintiff Kino Christian made an oral motion to compel Defendant City of Flint's initial disclosures and discovery responses about insurance coverage. The Court **GRANTS** the motion. Flint must produce these materials by March 18, 2025.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: March 5, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
