UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KINO CHRISTIAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FLINT, *et al.*,<br><br>Defendants. | Case No. 24-cv-12041<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S ORAL MOTION TO COMPEL DEPOSITION**

During a status conference held on October 24, 2025, Plaintiff Kino Christian made an oral motion to compel the depositions of Defendant City of Flint's representatives under Federal Rule of Civil Procedure 30(b)(6).[1] With the agreement of all counsel who appeared at the status conference, the Court **GRANTS** the motion. The City must produce its representatives for depositions on November 11, 2025, at 10:00 a.m., at the offices of counsel Michael J. Gildner.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

---

[1] The Honorable Shalina D. Kumar referred the case to the undersigned for all discovery matters under 28 U.S.C. § 636(b)(3). ECF No. 17.

Dated: October 24, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 24, 2025.

                                                s/Davon Allen
                                                DAVON ALLEN

                                                Case Manager